OPINION — AG — ** SHERIFF — TRAVEL — PER DIEM ** THE TRAVEL EXPENSES FOR SHERIFF ARE TO BE PAID (SINCE JUNE 7, 1957) AS PROVIDED FOR BY 19 O.S. 180.43 [19-180.43], AS AMENDED; AND THAT TRAVEL EXPENSES OF COUNTY ASSESSOR ARE TO BE PAID (SINCE JUNE 6, 1957) AS PROVIDED FOR IN 68 O.S. 15.19 [68-15.19], AS AMENDED; REGARDLESS OF THE DATE OF THE ELECTION OR APPOINTMENT OF SAID SHERIFF OR COUNTY ASSESSOR. (REMAINDER OF CURRENT TERM, BALANCE OF TERM, LODGING) CITE: 19 O.S. 180.43 [19-180.43], 68 O.S. 15.19 [68-15.19], ARTICLE XXIII, SECTION 10, OPINION NO. APRIL 30, 1054 — PATTS (EMOLUMENTS, INCREASED), OPINION NO. JULY 9, 1951 — HAVENS (RICHARD M. HUFF)